UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREAT LAKES, L.L.C.,

    Plaintiff,

v.

    Case No. 2:21-cv-234

    HONORABLE PAUL L. MALONEY

HARLEYSVILLE PREFERRED
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This lawsuit was initiated on November 15, 2021.  Defendant filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 29, 2023, recommending that this Court grant the motion and enter judgment in favor of Defendant.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 59) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 43) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated:  July 14, 2023                                                           /s/  Paul L. Maloney
                                                                                          Paul L. Maloney
                                                                                          United States District Judge