UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREAT LAKES, L.L.C.,

    Plaintiff,

v.

    Case No. 2:21-cv-234

    HONORABLE PAUL L. MALONEY

HARLEYSVILLE PREFERRED
INSURANCE COMPANY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: July 14, 2023          /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge